IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>MICHAEL ALLISON,<br><br>              Defendant. | 8:20CR191<br><br>**ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** |

       The defendant appeared before the Court on March 18, 2021 regarding Petition for Action on Conditions of Pretrial Release [52] and for a detention hearing. Thomas Monaghan represented the defendant. Christopher Ferretti represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148. The defendant denied violating release conditions and the matter was set for a disposition hearing.

       The defendant appeared on April 2, 2021 for a disposition and detention hearing. The defendant has filed a Motion to Determine Competency so the disposition hearing could not go forward today. The disposition hearing will be re-set once the Motion to Determine Competency is resolved.

       The government requested detention based on flight and danger. The defendant submitted the issue of detention to the court. After consideration of the report of Pretrial Services and the arguments of the parties, the Court finds there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community; and the defendant is unlikely to abide by any condition or combination of conditions of release. The government's request for detention is granted.

       The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the court of the United States or on the request of an attorney for the government, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for purpose of an appearance in connection with a court proceeding.

       **IT IS SO ORDERED**.

       Dated this 2nd day of April, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge