IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL ALLISON,

    Defendant.

8:20CR191

ORDER

    This matter is before the court on the motion of defendant Michael Allison (Allison), to determine mental competency pursuant to 18 U.S.C. § 424 (Filing No. 90). The government had no objection to the motion. The request for a mental competency examination will be granted.

    **IT IS ORDERED:**

    1. Defendant Allison's motion for a mental competency examination (Filing No. 90) is granted.

    2. Pursuant to 18 U.S.C. § 4241, Allison is committed to the custody of the Attorney General for placement in a suitable facility to be examined for a reasonable period of time, not to exceed thirty (30) days, to determine whether Allison is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

    3. A psychiatric or psychological report shall be filed with the court with copies provided to counsel of record at the completion of the period of examination.

    4. Upon receipt by the court and counsel of the examination report, a hearing pursuant to 18 U.S.C. § 4247(d) shall be promptly scheduled to determine the competency of Allison to stand trial in this matter.

    Dated this 20th day of April, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge